UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1, THOMAS BERLUCCHI,

CRIMINAL NO.

HON.

VIOLATIONS: 18 U.S.C. § 201(c)(1)(B)

Case: 2:22−cr−20093
Judge: Hood, Denise Page
MJ: Stafford, Elizabeth A.
Filed : 2/23/2022
INFO USA V BERLUCCHI (LH)

   Defendant.
_____/

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**18 U.S.C. § 201(c)(1)(B)**
**Bribery of a Public Official**

**D-1, THOMAS BERLUCCHI,**

From on or about 2013 to 2018, in the Eastern District of Michigan, Southern Division, defendant **THOMAS BERLUCCHI**, a public official and facilities engineer for the United States Postal Service, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did demand, seek, receive, accept, and agree to receive and accept something of value—namely, free construction work on **BERLUCCHI's** cottage, free hotel

1

rooms, and donations to **BERLUCCHI's** preferred organization—personally for and because of an official act performed and to be performed by such official, that is awarding United States Postal Services contracts to Michael Rymar's company Horizons Materials & Management, LLC.

All in violation of Title 18, United States Code, Section 201(c)(1)(B).

DAWN N. ISON
United States Attorney

STEVEN P. CARES
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
313-226-9139
Steven.Cares@usdoj.gov

DAVID A. GARDEY
Chief, Public Corruption Unit
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
313-226-9591
David.Gardey@usdoj.gov

Dated: February 23, 2022

**(Companion Case information MUST be completed by AUSA and initialed.)**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:22−cr−20093 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

**Companion Case Number:** 21-cr-20208

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

**Judge Assigned:** David M. Lawson

☒ Yes  ☐ No

**AUSA's Initials:** spc

**Case Title:** USA v. Thomas Berlucchi

**County where offense occurred:** Oakland

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/ ✔ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____ ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** ____        **Judge:** ____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 23, 2022
Date

/s/ Steven P. Cares
STEVEN P. CARES
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9139
Fax:    313-226-3271
E-Mail address: steven.cares@usdoj.gov
Attorney Bar #: P68503

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.